In the Matter of the Claim of ELOISE COE, Appellant, v. HOUSE INSIDE LTD. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

 Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.